Rev. 4/18                   UNITED STATES COURT OF APPEALS
                            FOR THE ELEVENTH CIRCUIT
                            **CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*    11th Circuit Docket Number: 24-10449

| Caption: | |
|---|---|
| Florida Virtual School, Plaintiff-Appellant, | District and Division: Middle District of Florida, Orlando Division |
| | Name of Judge: District Judge Gregory A. Presnell; Magistrate Judge Embry J. Kidd |
| | Nature of Suit: Trademark and False Advertising |
| | Date Complaint Filed: 12/22/2020 |
| v. | District Court Docket Number: 6:20-cv-02354-GAP-EJK |
| | Date Notice of Appeal Filed: 2/12/2024 (treated as 2/29/2024 per Fed. R. App. P. 4(a)(2)) |
| | ☐ Cross Appeal   ☐ Class Action |
| K12, Inc. and K12 Florida, LLC, Defendant-Appellee. | Has this matter previously been before this court? ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|   | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:** ☑ Plaintiff  ☐ Defendant  ☐ Other (Specify) | Thomas E. Bishop<br>John S. Mills<br>Katharine N. Roth | 510 N. Julia Street<br>Jacksonville, Florida<br>332202 | Tel: (904) 598-0034<br>Fax: (904) 598-0395<br>tbishop@bishoppagemills.com (see attached for additional emails) |
| **For Appellee:** ☐ Plaintiff  ☑ Defendant  ☐ Other (Specify) | Steven P. Hollman<br>(See attached for additional Appellee attorney information) | 2099 Pennsylvania Ave., N.W., Suite 100<br>Washington, D.C. 20006-6801 | Tel. (202) 747-1941<br>Fax (202) 747-3012<br>Email: shollman@sheppardmullin.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ Up to $6,220,967,384 |
| ☑ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 0 |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☑ Summary Judgment | Awarded: $ 0 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☑ Judgment/Bench Trial | to Plaintiff and Defendant |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | | ☐ Other _____ | ☑ Permanent    ☑ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute _____
(b) Citation _____
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name _____
(b) Citation _____
(c) Docket Number if unreported _____
(d) Court or Agency _____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

1. Whether FLVS had a right to a jury trial? 2. Whether the District Court erred in denying FLVS's trademark claims? 3. Whether the District Court erred by denying FLVS's claim for disgorgement of K12's non-Florida Online School profits? 4. Whether the District Court erred by denying FLVS's claim of trademark infringement based on K12's use of FLVA.com, "Florida virtual schooling," and "Florida virtual school"? 5. Whether the District Court erred by denying FLVS's false advertising claim? 6. Whether the District Court erred by excluding expert testimony by Dr. Jeffrey Stec and Daniel Gallogly?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  1st  DAY OF  March , 2024 .

| Thomas E. Bishop | /s/ Thomas E. Bishop |
|---|---|
| NAME OF COUNSEL (Print) | SIGNATURE OF COUNSEL |

**Appellant Attorney Information, Continued:**

Additional Appellant Attorney Emails

jmills@bishoppagemills.com

kroth@bishoppagemills.com

service@bishoppagemills.com

**Appellee Attorney Information, Continued:**

Anne-Marie Dao

adao@sheppardmullin.com

12275 El Camino Real, Suite 100

San Diego, CA 92130

Tel. (858) 720-8900

Fax: (858) 509-3691

Daniel Johnson

200 S. Orange Avenue, Suite 1000

Orlando, Florida 32801-3456

djohnson@carltonfields.com

dcarlucci@carltonfields.com

orlecf@cfdom.net

Tel: (407) 849-0300

Fax: (407) 648-9099

Eleanor Yost

4221 W. Boy Scout Blvd, Suite 1000

Tampa, Florida 33607-5780

Tel.: (813) 229-4395

Fax: (813) 299-4133

eyost@carltonfields.com

Abraham Shanedling

2099 Pennsylvania Ave., N.W., Suite 100

Washington, D.C. 20006-6801

ashanedling@sheppardmullin.com

Tel. (202) 747-1941

Fax (202) 747-3012

Charles Spencer-Davis

2099 Pennsylvania Ave., N.W., Suite 100

Washington, D.C. 20006-6801

cspencerdavis@sheppardmullin.com

Tel. (202) 747-1941

Fax (202) 747-3012